FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 JUN 17 AM 11: 35

CLERK _BMcCarthy_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA     *
                                     *
v.                                   *     CR 104-060
                                     *
RUSSELL J. ELLICOTT, D.P.M.     *

## O R D E R

Presently before the Court in this criminal matter are Defendant's objections to a Report and Recommendation of the United States Magistrate Judge entered on May 26, 2005. In the Report and Recommendation, the Magistrate Judge recommends that Defendant's motion to suppress patient files and records removed from his office by law enforcement agents on October 3, 2002 be denied.

After a careful _de novo_ review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Report and Recommendation of the Magistrate Judge (doc. no. 57) is **ADOPTED** as the opinion of the Court. Defendant's motion to suppress (doc. no. 27) is hereby **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this _16th_ day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## *Southern District of Georgia*

UNITED STATES OF AMERICA     *

         vs.     *     CASE NO. CR104-60

RUSSELL J. ELLICOTT     *

         *

         *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as Order dated 6/17/05, which is part of the official records of this case.

Date of Mailing:   6/17/05
Date of Certificate:   6/17/05

                               SCOTT L. POFF, CLERK

                               By *[signature]*

NAME:
1. Russell J. Ellicott
2. Richard E. Allen
3. Eric C. White
4.
5.
6.
7.

Cert/Copy
- ☐ ☒ District Judge
- ☐ ☒ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☐ U.S. Probation
- ☐ ☐ U.S. Marshal
- ☐ ☒ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds