FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2005 JUN 21 PM 3: 42
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) CR 104-060 |
| RUSSELL J. ELLICOTT, D.P.M. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the "Motion to Dismiss Twenty-One Counts of the Indictment Based on Multiplicity" is **DENIED**.

SO ORDERED this 21st day of June, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE